The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATE ROY,<br><br>          Plaintiff,<br><br>     v.<br><br>DOPE MAGAZINE II, LLC,<br><br>          Defendant. | Case No. 2:18-cv-00911 RSL<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL OF CIVIL ACTION |

This matter having come before the Court upon the stipulation for order of dismissal, and the Court being fully advised, now, therefore;

It is hereby ORDERED that all of plaintiff's claims in this lawsuit are dismissed with prejudice and without costs.

Dated this 27th day of July, 2018.

_____
The Honorable Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1
#1185449 v1 / 72204-002

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100